LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 012659
nyoung@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM F. (GUS) SULLIVAN, and KENT JASPERSON,<br><br>    Plaintiffs,<br><br>v.<br><br>NYE COUNTY,<br><br>    Defendant.<br>_____/ | Case No. 2:19-cv-00857-APG-BNW<br><br>**STIPULATION TO EXTEND THE FILING OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS [Doc. 5]**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs William F. (Gus) Sullivan and Kent Jasperson by and through Daniel Marks, Esq. of the Law Office of Daniel Marks and Defendant Nye County by and through Rebecca Bruch, Esq. of Erickson, Thorpe &

///

///

///

///

///

///

///

1

Swainston that Plaintiffs' Response to Defendant's Motion to Dismiss [Doc. 5] shall be extended for a period of two (2) weeks from June 11, 2019 to **June 25, 2019.**

DATED this 7th day of June, 2019.     DATED this 7th day of June, 2019.

LAW OFFICE OF DANIEL MARKS     ERICKSON, THORPE & SWAINSTON

  /s/ Daniel Marks, Esq.              / s/ Rebecca Bruch, Esq.              .
DANIEL MARKS, ESQ.              REBECCA BRUCH, ESQ.
Nevada State Bar No. 002003     Nevada State Bar No. 007289
NICOLE M. YOUNG, ESQ.           99 W. Arroyo Street
Nevada State Bar No. 012659     Reno, Nevada, 89509
610 South Ninth Street          *Attorney for Defendant*
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

.

_____
UNITED STATES JUDGE

Dated: June 10, 2019.