LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 012659
nyoung@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM F. SULLIVAN, and KENT JASPERSON,

    Plaintiffs,

v.

NYE COUNTY,

    Defendant.

Case No. 2:19-cv-00857-APG-BNW

## STIPULATION TO EXTEND THE FILING OF PLAINTIFFS' MOTION TO REMAND AND JOINT STATUS REPORT
(First Request)

COMES NOW the Plaintiffs William F. Sullivan and Kent Jasperson, by and through their counsel, Daniel Marks, Esq., and Nicole M. Young, Esq., of the Law Office of Daniel Marks; and Defendant Nye County, by and through its counsel, Rebecca Bruch, Esq., of Erickson, Thorpe & Swainston; and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' Motion to Remand [Doc. 1] shall be extended from June 19, 2019, to **June 25, 2019**, which is the same day Plaintiffs' Response to Defendant's Motion to Dismiss [Doc. 5] is due.

/ / / /

1

IT IS FURTHER STIPULATED AND AGREED that the parties' Joint Status Report shall be extended for a period of one (1) week from June 20, 2019, to **June 26, 2019**, so that all necessary documentation from Plaintiff is filed to properly advise this Court regarding the status of this case.

DATED this 18th day of June, 2019.

LAW OFFICE OF DANIEL MARKS

/s/ Daniel Marks, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 012659
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 18th day of June, 2019.

ERICKSON, THORPE & SWAINSTON

/s/ Rebecca Bruch, Esq.
REBECCA BRUCH, ESQ.
Nevada State Bar No. 007289
99 W. Arroyo Street
Reno, Nevada, 89509
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 20, 2019.

2